IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-00357-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**JOCELYN L. ROWLEY,**

        Defendant.

## ORDER

Kane, J.

    Defendant has timely filed her Notice of Appeal of the August 23, 2013 Order entered by a Magistrate Judge Michael Hegarty regarding restitution. This appeal is governed by 18 U.S.C. § 3402 and Federal Rule of Criminal Procedure 58(g)(2). Defendant is directed to file her opening brief on or before October 7, 2013; the government shall respond on or before October 28, 2013; and Defendant may reply on or before November 12, 2013.

    The clerk is directed to forward a copy of this order to the CJA attorney who represented Ms. Rowley at the Petty Offense level of this case, Christine Dieringer, at dierinc2@aol.com.

    Dated this 5th day of September, 2013.

                                                     BY THE COURT:

                                                     *s/John L. Kane*
                                                     John L. Kane, Senior Judge
                                                     United States District Court